In the Matter of the Application of MAURICE KLEIN, a Law Student.

(Submitted April 21, 1898; decided April 26, 1898.)

MOTION for leave to file *nunc pro tunc* as of September 30, 1897, a regents' law student certificate, dated January 27, 1898, and filed February 24, 1898.

The motion was made upon the ground that the petitioner took an examination in English history, the last subject required for the completion of his regents' examination, on September 30, 1897, in accordance with the schedule of the University of the State of New York, and delivered his paper with his card bearing his seat number to the attendant, and thereafter, in accordance with the rules of the department, made the usual affidavit; that the records of the regents' office fail to show any record of his September examination, and that he

took another examination on January 27, 1898, which he successfully passed, and then received his law student certificate, which he filed with the clerk of the Court of Appeals February 24, 1898.

*Leo W. Harburger* for motion.

Motion denied upon authority of *Matter of Mason* (140 N. Y. 658), without costs.